# EXHIBIT – B

Supreme Court of The State Of New York
County of Bronx
-------------------------------------------------X
Ariel Price

        Plaintiff

v.

The Kenan Advantage Group Inc., Kenan Advantage Group Inc., James Maguire, and Kag Leasing Inc.

        Defendant
-------------------------------------------------X

To the above-named Defendant

Index No:
Date purchased:

**SUMMONS**

Plaintiff designates:
  **Bronx County**

Basis of Venue:
Plaintiff's Residence

Plaintiff's Residence:
**1691 Eastburn Ave, Bronx, NY 10457**

      **YOU ARE HEREBY SUMMONED** to answer the complaint in this action and to serve a copy of your answer, or if the complaint is not served with this summons, to serve a notice of appearance on the Plaintiff's Attorney(s) within 20 days after service of this summons, exclusive of the day of service (or within 30 days after the service is complete if this summons is not personally delivered to you within the State of New York); and in case of your failure to appear or answer, judgment will be taken against you by default for the relief demanded in the complaint. The signature certifies that to the best of the certifier's knowledge the statements in the paper are correct.

Dated:  May 27, 2022

                Yours, etc.,

                /s/ Michael J. Prisco
                **Law Office of Michael James Prisco PLLC**
                By: Michael James Prisco, Esq.
                Attorneys for Plaintiff
                **Mailing Address**:
                3280 Sunrise Highway, #64
                Wantagh, NY 11793
                Tel: 718-709-9678
                MichaelPrisco@mjpesq.com

Case 1:22-cv-07815-RA5 Document 1-1 Filed 09/13/22 Page 3 of 12

The Kenan Advantage Group Inc.
4366 Mount Pleasant St. NW
North Canton, OH 44720
Via VTL § 253

Kenan Advantage Group Inc.
4366 Mount Pleasant St. NW
North Canton, OH 44720
Via VTL § 253

James Maguire
4366 Mount Pleasant St. NW
North Canton, OH 44720
Via VTL § 253

Kag Leasing Inc.
4366 Mount Pleasant St. NW
North Canton, OH 44720
Via VTL § 253

Supreme Court of The State Of New York  Index No:
County of Bronx
-----------------------------------------------X
Ariel Price                                     **COMPLAINT**

        Plaintiff

v.

The Kenan Advantage Group Inc., Kenan
Advantage Group Inc., James Maguire, and
Kag Leasing Inc.

        Defendant
-----------------------------------------------X

    Plaintiff, by her attorneys, complaining of the Defendants, files this complaint sounding in negligence to recover money damages for personal injuries sustained on November 4, 2021, against Defendants and alleges, upon information and belief, as follows:

    1.    Plaintiff is a resident of the County of Bronx State of New York, and Plaintiff is a "covered person" as defined by Section 5102(j) of the Insurance Law of the State of New York.

    2.    The Kenan Advantage Group Inc. is a foreign business corporation not authorized to do business in New York State.

    3.    At all times herein mentioned, The Kenan Advantage Group Inc. owned, operated, leased, and or controlled a vehicle bearing Ohio license plate number BWG4337 ("Vehicle").

    4.    Kenan Advantage Group Inc is a foreign business corporation not authorized to do business in New York State.

    5.    At all times herein mentioned, Kenan Advantage Group Inc. owned, operated, leased, and or controlled the Vehicle.

6. Kag Leasing Inc. is a foreign business corporation not authorized to do business in New York State.

7. At all times herein mentioned, KAG Leasing Inc. owned, operated, leased, and or controlled the Vehicle.

8. At all times herein mentioned, James Maguire was an employee of The Kenan Advantage Group Inc., Kenan Advantage Group Inc, and or Kag Leasing Inc.

9. At all times herein mentioned, James Maguire was acting within the course and scope of his employment with The Kenan Advantage Group Inc., Kenan Advantage Group Inc, and or Kag Leasing Inc.

10. At all times herein mentioned, James Maguire operated the Vehicle with the permission and consent of he Kenan Advantage Group Inc., Kenan Advantage Group Inc, and or Kag Leasing Inc.

11. On November 4, 2021, the operator of the Vehicle caused the same to crash and strike into the Plaintiff's vehicle at or near the roadway known as Ittner Place and Webster Avenue Bronx New York.

12. On November 4, 2021, Defendants were reckless, careless, and or negligent in the ownership, operation, management, maintenance, supervision, repair, inspection, and or control of the Vehicle; in failing to look, in failing to see, in failing to be observant of the surrounding circumstances, in operating the Vehicle at a greater rate of speed than care and caution would permit under the circumstances; in causing, allowing, and permitting the Vehicle to strike and come in contact with Plaintiff; in failing to make prompt, proper and timely use of the steering and braking mechanisms of the Vehicle; in failing to yield the right of way; in failing to proceed

in a safe and proper manner; in failing to maintain the braking and steering mechanisms of the Vehicle in proper and adequate condition and/or repair; in failing to give any signal, sound, or warning of the Vehicle's approach; in failing to exercise due care and caution in the operation and control of the Vehicle so as to have avoided this accident and the injuries to the Plaintiff herein; in violating rules of the road, statutes, ordinances and/or regulations; in failing to yield to Plaintiff who was visibly present; in using a cell phone while driving; in violating various provisions of the Vehicle and Traffic Law, including but not limited to sections 1225-C, 1225-D,1128,1127,and 1141; in entering the roadway in the wrong direction of travel; and in being otherwise negligent in the ownership, operation, management, maintenance, inspection, supervision, repair, and control of the Vehicle.

13. As a result of the recklessness, carelessness, and or negligence in the ownership, operation, management, maintenance, supervision, repair, inspection, and control of the Vehicle, Plaintiff suffered serious injuries as defined by Article 51 of the New York Insurance Law, and he is entitled to recover for non-economic loss and for such economic losses as are not included within the definition of "basic economic loss," as set forth in Article 51 of the New York Insurance Law.

14. That the foregoing accident and the resulting injuries to the Plaintiff were caused solely and wholly by reason of Defendants' recklessness, carelessness, and or negligence and without any negligence on the part of Plaintiff contributing thereto.

15. One or more of the exceptions set forth in CPLR Article 16 applies to this action or claim for damages, including the fact that the accident arises out of the Defendants' use, operation, and or ownership of the aforesaid motor vehicle.

16. By reason of the foregoing, Plaintiff suffered damages in an amount in excess of the jurisdictional limits of all lower courts and in an amount to be determined at trial together with costs and disbursements of this action and with such other and further relief as the Court may deem just and proper.

**WHEREFORE**, Plaintiff demands judgment against the Defendants herein on all causes of action, in an amount exceeding the jurisdictional limits of all lower courts which would otherwise have jurisdiction, together with the costs and disbursements of this action.

Dated: May 27, 2022

                                        Yours, etc.,

                                        /s/ Michael J. Prisco
                                        **Law Office of Michael James Prisco PLLC**
                                        By: Michael James Prisco, Esq.
                                        Attorneys for Plaintiff
                                        **Mailing Address**:
                                        3280 Sunrise Highway, #64
                                        Wantagh, NY 11793
                                        Tel: 718-709-9678
                                        MichaelPrisco@mjpesq.com

To

The Kenan Advantage Group Inc.
4366 Mount Pleasant St. NW
North Canton, OH 44720
Via VTL § 253

Kenan Advantage Group Inc.
4366 Mount Pleasant St. NW
North Canton, OH 44720
Via VTL § 253

James Maguire

6

4366 Mount Pleasant St. NW
North Canton, OH 44720
Via VTL § 253

Kag Leasing Inc.
4366 Mount Pleasant St. NW
North Canton, OH 44720
Via VTL § 253

## ATTORNEY VERIFICATION

The undersigned, an attorney admitted to practice in the Courts of the State of New York, shows: That affirmant is a Member at the Law Office of Michael James Prisco PLLC, attorneys for the plaintiff in the within action; that affirmant has read the foregoing **COMPLAINT** and knows the contents thereof; that same is true to affirmant's knowledge, except as the matters herein stated to be alleged on information and belief; and that as to those matters, affirmant believes it to be true. Affirmant further states that the reason this Verification is made by affirmant and not by the plaintiff is that the plaintiff either does not reside or maintain offices in the County in which the affirmant maintains his office. The grounds of belief as to all matters not stated upon deponent's knowledge are documents, correspondence and records maintained in your affirmant's files and conversations and conferences had with the plaintiff. The undersigned affirms that the foregoing statements are true under the penalties of perjury.

Dated: May 27, 2022

Yours, etc.,

/s/ Michael J. Prisco
**Law Office of Michael James Prisco PLLC**
By: Michael James Prisco, Esq.
Attorneys for Plaintiff
**Mailing Address**:
3280 Sunrise Highway, #64
Wantagh, NY 11793
Tel: 718-709-9678
MichaelPrisco@mjpesq.com

Supreme Court of The State Of New York
County of Bronx

------------------------------------------------------------------X

Ariel Price,

                 **NOTICE OF ELECTRONIC FILING (MANDATORY CASE) (UNIFORM RULE § 202.5bb)**

          Plaintiff,

      - against -          Index No:

The Kenan Advantage Group Inc., Kenan
Advantage Group Inc., James Maguire, and
Kag Leasing Inc.
         Defendants.

------------------------------------------------------------------X

  NOTICE OF ELECTRONIC FILING (Mandatory Case) You have received this Notice because: 1) The Plaintiff/Petitioner, whose name is listed above, has filed this case using the New York State Courts E-filing system ("NYSCEF"), and 2) You are a Defendant/Respondent (a party) in this case.

  If you are represented by an attorney: Give this Notice to your attorney. If you are not represented by an attorney: You will be served with all documents in paper and you must serve and file your documents in paper, unless you choose to participate in e-filing. If you choose to participate in e-filing, you must have access to a computer and a scanner or other device to convert documents into electronic format, a connection to the internet, and an e-mail address to receive service of documents. The benefits of participating in e-filing include: serving and filing

your documents electronically; free access to view and print your e-filed documents; limiting your number of trips to the courthouse; paying any court fees on-line (credit card needed)

To register for e-filing or for more information about how e-filing works: visit: www.nycourts.gov/efile-unrepresented or contact the Clerk's Office or Help Center at the court where the case was filed. Court contact information can be found at www.nycourts.gov Page 1 of 2 EFM-1 To find legal information to help you represent yourself visit www.nycourthelp.gov Information for Attorneys (E-filing is Mandatory for Attorneys) An attorney representing a party who is served with this notice must either: 1) immediately record his or her representation within the e-filed matter on the NYSCEF site www.nycourts.gov/efile ; or 2) file the Notice of Opt-Out form with the clerk of the court where this action is pending and serve on all parties. Exemptions from mandatory e-filing are limited to attorneys who certify in good faith that they lack the computer hardware and/or scanner and/or internet connection or that they lack (along with all employees subject to their direction) the knowledge to operate such equipment. [Section 202.5-bb(e)] For additional information about electronic filing and to create a NYSCEF account, visit the NYSCEF website at www.nycourts.gov/efile or contact the NYSCEF Resource Center (phone: 646-386-3033; e-mail: efile@nycourts.gov).

Dated: May 27, 2022

                                        Yours, etc.,

                                        /s/ Michael J. Prisco
                                        **Law Office of Michael James Prisco PLLC**
                                        By: Michael James Prisco, Esq.
                                        Attorneys for Plaintiff
                                        **Mailing Address**:
                                        3280 Sunrise Highway, #64
                                        Wantagh, NY 11793

Tel: 718-709-9678
MichaelPrisco@mjpesq.com