UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ARIEL PRICE,<br><br>                    Plaintiff,<br><br>              v.<br><br>THE KENAN ADVANTAGE GROUP, INC., KENAN ADVANTAGE GROUP, INC., JAMES MAGUIRE, and KAG LEASING, INC.,<br><br>                    Defendants. | No. 22-cv-7815 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

On the Proposed Case Management Plan filed on November 2, 2022, the parties in this matter indicated their consent to conducting all further proceedings before a United States Magistrate Judge, including motions and trial. To effectuate that, the parties must submit to the Court a completed Form AO-3, consistent with 28 U.S.C. § 636(c) and Federal Rule of Civil Procedure 73. Form AO-3 can be found at the following link:

https://www.nysd.uscourts.gov/sites/default/files/2018-06/AO-3.pdf. The initial conference scheduled for November 4, 2022 at 2:30 p.m. is hereby adjourned.

SO ORDERED.

Dated:      November 3, 2022
            New York, New York

_____
Ronnie Abrams
United States District Judge