UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___ 10/17/2023 __
```

ARIEL PRICE,

                                   Plaintiff,                              22-CV-07815 (SN)

          -against-                                                        **ORDER**

THE KENAN ADVANTAGE GROUP, INC., et al.,

                                   Defendants.

-------------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

     The parties were previously ordered to file a letter updating the Court on the status of

discovery by October 15, 2023. ECF No. 35. As of today, no such letter has been filed.

Accordingly, the parties are ordered to file that status letter no later than October 23, 2023.

**SO ORDERED.**

                                                    SARAH NETBURN
                                                    United States Magistrate Judge

DATED:        October 17, 2023
              New York, New York